Dismissed and Memorandum Opinion filed November 2, 2006








Dismissed
and Memorandum Opinion filed November 2, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00281-CV

____________

 

FEDERAL INSURANCE COMPANY and CHUBB
LLOYDS INSURANCE COMPANY OF TEXAS, Appellants/Cross Appellees

 

V.

 

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., Appellee/Cross Appellant

 



 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 04-41287

 



 

M E M O R A N D U M   O P I N I O N

This is
a double appeal from a judgment signed February 22, 2006.  On May 25, 2006, the
court ordered the parties to participate in mediation.  On October 18, 2006,
the parties filed a joint motion to dismiss the appeal because they have
entered into a settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 2, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.